FILED
CLERK, U.S. DISTRICT COURT
9/28/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KMA DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TODD JEREMY SENFF,

Defendant.

Case No. 2:26-cr-00614-SPG

I N F O R M A T I O N

[50 U.S.C. § 797: Violation of a Defense Property Security Regulation; 18 U.S.C. § 1382: Entering Military Property For An Unlawful Purpose]

[Class A Misdemeanor; Class B Misdemeanor]

The United States of America charges:

GENERAL ALLEGATIONS

At all times relevant to this Information:

I. Background

1. Naval Base Ventura County ("NBVC") is a United States Navy base that hosts critical United States Department of Defense ("DoD") infrastructure. NBVC houses approximately 80 tenant commands and a population of approximately 19,000 personnel. NBVC also provides mobilization sites, including a deep-water port, airfield, and rail

head. NBVC is located in Ventura County, within the Central District of California.

2. NBVC is composed of three installations, including NBVC Point Mugu. NBVC Point Mugu houses several naval logistics commands and naval weapons testing commands, including unique facilities to conduct weapons research, development, and evaluation. NBVC also provides direct access to the Point Mugu Sea Range, which is the Navy's largest instrumented sea range and which supports air, surface, and submarine operations and exercises, weapons testing, missile defense support, and multinational training exercises.

3. Defendant TODD JEREMY SENFF worked for a Navy construction services contractor (the "Contractor"). In or around September 2023, NBVC awarded a three-year construction contract to the Contractor for various construction projects. SENFF was involved in approximately four construction projects associated with the Contractor's Navy contract. Based on SENFF's involvement with those construction projects, SENFF obtained a Defense Biometric Identification Systems ("DBIDS") credential that granted him access to portions of NBVC.

4. From at least June 2024 through September 2024, SENFF used his access to NBVC to unlawfully take photographs and videos of sensitive military equipment and military exercises. SENFF then sent some of unlawfully taken photographs and videos to his associates, along with messages regarding military activities.

II. Statutory and Regulatory Background Regarding Access to NBVC

5. Title 18, United States Code, Section 1382 states: "Whoever, within the jurisdiction of the United States, goes upon any military, naval, or Coast Guard reservation, post, fort, arsenal, yard, station, or installation, for any purpose prohibited by law or

lawful regulation . . . [s]hall be fined under this title or imprisoned not more than six months, or both."

6. Various regulations govern access to and behavior on NBVC. Department of Defense Manual 5200.08, Volume 3 (2020), "Physical Security Program: Access to DoD Installations," governs physical security and access control for all DOD installations, including NBVC Point Mugu. According to that manual, "[c]ommanders have authority to take reasonably necessary and lawful measures to protect installation property and personnel."

7. United States Navy Commander, Navy Installations Command ("CNIC") Manual 5530.2 provides: "Commanders have the authority to take reasonably necessary and lawful measures to protect installation property and personnel, but that authority must not be exercised in an arbitrary, unpredictable, or discriminatory manner." CNIC Manual 5530.2 further authorizes commanding officers to "publish and enforce guidance to protect installation resources per DoD and [Department of Navy] policy."

8. In turn, the NBVC Commanding Officer issued NBVC Instruction 5530.2C, titled "Access Control for Naval Base Ventura County," on March 22, 2022. At times relevant to this Information, NBVC Instruction 5530.2C identified policies and procedures pertaining to vehicle and personnel access to NBVC. NBVC Instruction 5530.2C created three types of access to NBVC: escorted, trusted traveler, and unescorted. One way to obtain unescorted access was to obtain a "Defense Biometric Identification Systems" ("DBIDS") credential. DBIDS was a system used for vetting and credentialing non-federal government and non-DoD issued cardholders who conduct

business with the Navy and may require access to NBVC (i.e. civilian contractors).

9. Despite having "unescorted" access to NBVC, DBIDS credentialled personnel are still subject to certain restrictions. In particular, according to NBVC Instruction 5530.2C:

a. Personnel eligible for unescorted access within NBVC "are still subject to any controlled or restricted area limitations."

b. "DBIDS participants are not authorized access to restricted areas unless they have their DBIDS credential and are authorized access (as locally required) for the restricted area."

c. DBIDS card holders "may not act as escorts for other person(s) unless specifically stated on the card."

III. Statutory and Regulatory Background on Photography at NBVC

10. Title 50, United States Code, Section 797 states: "[w]hoever willfully violates any defense property security regulation shall be fined under Title 18 or imprisoned not more than one year, or both." A defense property security regulation must be promulgated or approved by the Secretary of Defense or his designee (including a military commander or military officer) for the protection or security of Department of Defense property. A defense property security regulation is further defined as "a regulation—(A) relating to fire hazards, fire protection, lighting, machinery, guard service, disrepair, disuse, or other unsatisfactory conditions on such property, or the ingress thereto or egress or removal of persons therefrom; or (B) otherwise providing for safeguarding such property against destruction, loss, or injury by accident or by enemy action, sabotage, or other subversive actions." 50 U.S.C. § 797(a)(3). A "Department of Defense property" means a "covered

property subject to the jurisdiction, administration, or in the custody of the Department of Defense, any Department or agency of which that Department consists, or any officer or employee of that Department or agency." 50 U.S.C. § 797(a)(4)(A). A "covered property" in turn means "aircraft, airports, airport facilities, vessels, harbors, ports, piers, water-front facilities, bases, forts, posts, laboratories, stations, vehicles, equipment, explosives, or other property or places." 50 U.S.C. § 797(a)(4)(C). Finally, Section 797(b) requires that "[a]ny regulation or order covered by subsection (a) shall be posted in conspicuous and appropriate places."

11. The United States Navy strictly regulates photography on naval installations to protect and secure Department of Defense property against, among other things, sabotage and subversive actions. In particular, "[v]isitors will not be allowed to take photographic equipment on board a naval ship or aircraft or into a naval activity or to take photographs within a naval jurisdiction unless specially authorized by the officer in command or higher authority." 32 C.F.R. § 705.5(a). Further, "[o]n Navy property, the officer in command may forbid the taking of photographs . . . ." 32 C.F.R. § 705.10(c)(1).

12. On April 1, 2021, the NBVC Commanding Officer issued NBVC Instruction 5780.1D, "Photography Aboard Naval Base Ventura County." NBVC Instruction 5780.1D provides that "surveillance and/or reconnaissance of the installation's security, operations, critical assets, or sight sensitive projects are unacceptable" and photography restrictions must be enforced to "minimize our risk to threat exploitation." NBVC Instruction 5780.1D applies to all NBVC

personnel, visitors, and guests, including government employees or contractors. With few limited exceptions, NBVC Instruction 5780.1D provides that "[p]hotography aboard NBVC is strictly prohibited. Any person photographing any military equipment, materials, ship, boat, aircraft, tactical vehicle, airfield, security post, gate, or security process is subject to arrest or apprehension and prosecution."

13. NBVC Point Mugu was a military base subject to the jurisdiction of the Department of Defense or of any Department or agency of which that Department consists, namely, the Department of the Navy.

14. NBVC Point Mugu maintained posted signage in conspicuous and appropriate places stating that photography was prohibited.

15. NBVC Point Mugu maintained posted signage in conspicuous and appropriate places identifying certain areas that were "restricted" for entry unless specifically authorized.

COUNTS ONE THROUGH ELEVEN

[50 U.S.C. § 797]

16. The United States of America incorporates and realleges the allegations set forth in paragraphs 1 through 15 above.

17. On or about the dates set forth below, in Ventura County, within the Central District of California, defendant TODD JEREMY SENFF knowingly and willfully violated defense property security regulations, namely, 32 C.F.R. § 705.5(a), 32 C.F.R. § 705.10(c)(1), and NBVC Instruction 5780.1D, by taking the following photographs and videos while located in photography and video-restricted areas of Naval Base Ventura County Point Mugu without authorization:

| COUNT | DATE | PHOTOGRAPH or VIDEO |
|---|---|---|
| ONE | 9/19/2024 | Video of maintenance and recovery of F-15E and F-35 behind ground power generator, identified as file name “IMG_1705.MOV” |
| TWO | 9/19/2024 | Video of F-15E taking off, identified as file name “IMG 1709.MOV” |
| THREE | 9/24/2024 | Photograph of E-2D plane in hanger, identified as file name “IMG_2278.DNG” |
| FOUR | 9/24/2024 | Video of F-18 taking off from flightline, identified as file name “3464324322314326726 2119826219.mp4” |
| FIVE | 9/19/2024 | Video of F-35 taking off from runway, identified as file name “IMG_1706.MOV” |
| SIX | 9/19/2024 | Video of F-35 landing on runway, identified as file name “IMG_1760.MOV” |
| SEVEN | 9/4/2024 | Video of army helicopters, identified as file name “IMG_0268.MOV” |
| EIGHT | 6/5/2024 | Photograph of F/A-18 inside hanger, identified as file name “IMG_5649.JPG” |
| NINE | 6/6/2024 | Photograph of F/A-18 on runway, identified as file name “IMG 5712.JPG” |
| TEN | 7/9/2024 | Photographs of hangers and equipment from inside flightline, identified as file names ““IMG_7570.JPG”, “IMG_7571.JPG”, and “IMG_7574.JPG” |
| ELEVEN | 9/5/2024 | Video of aircraft taxing during military exercise, identified as file name “34EB414F-1C7B-4AF5-AE12-D68F6A3DBC67.mov” |

COUNT TWELVE

[18 U.S.C. § 1382; 2(a)]

18. The United States incorporates and realleges the allegations set forth in paragraphs 1 through 15 above.

19. On or about August 19, 2024, in Ventura County, within the Central District of California, defendant TODD JEREMY SENFF and others known and unknown, each aiding and abetting one another, knowingly entered a naval reservation, post, fort, arsenal, yard, station, or installation, specifically, Naval Base Ventura County ("NBVC") Point Mugu, for any purpose prohibited by law or lawful regulations, specifically, acting as an escort for other persons, in violation of Chapter 3, Section 3, of NBVC Instruction 5530.2C.

COUNT THIRTEEN

[18 U.S.C. § 1382]

20. The United States incorporates and realleges the allegations set forth in paragraphs 1 through 15 above.

21. On or about September 19, 2024, in Ventura County, within the Central District of California, defendant TODD JEREMY SENFF knowingly entered a restricted area, to which he did not have authorized access, of a naval reservation, post, fort, arsenal, yard, station, or installation, specifically, Naval Base Ventura County ("NBVC") Point Mugu, for any purpose prohibited by law or lawful regulations, specifically, entering restricted areas without authorized access in violation of Chapter 1, Section 3(a)(1) and Chapter 3, Section 3(n)(10) of NBVC Instruction 5530.2C, and taking photographs or videos without authorization in violation of 32 C.F.R. § 705.5(a), 32 C.F.R. § 705.10(c)(1), and Section 5 of NBVC Instruction 5780.1D.

<u>COUNT FOURTEEN</u>

[18 U.S.C. § 1382]

22. The United States incorporates and realleges the allegations set forth in paragraphs 1 through 15 above.

23. On or about September 26, 2024, in Ventura County, within the Central District of California, defendant TODD JEREMY SENFF knowingly entered a restricted area, to which he did not have authorized access, of a naval reservation, post, fort, arsenal, yard, station, or installation, specifically, Naval Base Ventura County ("NBVC") Point Mugu, for any purpose prohibited by law or lawful regulations, specifically, entering restricted areas without authorized access in violation of Chapter 1, Section 3(a)(1) and Chapter 3, Section 3(n)(10) of NBVC Instruction 5530.2C, and taking photographs or videos without authorization in violation of 32 C.F.R. § 705.5(a), 32 C.F.R. § 705.10(c)(1), and Section 5 of NBVC Instruction 5780.1D.

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

LANA MORTON OWENS
Assistant United States Attorney
Acting Chief,
National Security Division

JOSEPH S. GUZMAN
Assistant United States Attorney
National Security Division